LINK: 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-8273 GAF (MRWx) | Date | October 16, 2012 |
|---|---|---|---|
| Title | Robert Garcia et al v. Joseph C. Brandt | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None | None | |

**Proceedings:**   **(In Chambers)**

### ORDER TO SHOW CAUSE

   Plaintiff Robert Garcia filed a complaint against Defendants Joseph Brandt and the United States Department of the Interior Fish and Wildlife Service, bringing personal injury claims arising from a car accident.  The Court is not convinced that jurisdiction is proper.  The Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 2675(a), provides that:

> An action shall not be instituted upon a claim against the United States for money damages . . . for personal injury or death caused by the negligence or wrongful act or omission of any employee of the Government . . . unless the claimant shall have first presented the claim to the appropriate Federal agency and his claim shall have been finally denied by the agency . . .

The complaint is silent as to whether or not Plaintiff has complied with the FTCA and exhausted his administrative remedies prior to filing this action.

   Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE,** by close of business on **Tuesday, November 13, 2012**, why this case should not be dismissed for lack of jurisdiction. The filing of an amended complaint, with factual support sufficient to show that Plaintiff has exhausted his administrative remedies, will satisfy this order.

   **IT IS SO ORDERED.**